UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CARLOS AUGUSTO GASPARINI MATOS<br><br>DEBTOR (S) | CASE NO. 10-09730-ESL<br><br>CHAPTER 13 |

## TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**    Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**     **R2016 STM**.  **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,500.00    Fees paid: $0.00    Fees Outstanding: $2,500.00**

With respect to the proposed (amended) Plan dated: **November 22, 2010** (Dkt 11)**.**    Plan Base: **64,800.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Plan NOT proposed in GOOD FAITH [§1325(a)(3)]
    Debtor's intention in keep and pay his 2008 BMW through the plan, when he owed $10,767.00 in domestic support obligations and only offer to pay 2.33% to the general unsecured creditors lack of good faith.

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.
    Debtor is two month in arrears or $2,000.00 with the Trustee.  Debtor has failed to commence the payment to the Trustee.  Thus, Debtor did not meet the evidentiary burden to demostrate that his plan is feasible.

- Feasibility [§1325(a)(6)]: There is/are no allowed claim(s) for creditor(s) dealt in the plan [FRBP RULE 3021].
    No proof of claim has been filed on behalf of secured creditor, Cooperativa de Ahorro y Credito AEE ("Cooperativa").  The plan sufficiency cannot be determined until the Cooperativa file its proof of claim.

- Feasibility: Default in Post Petition DSO payments.  [§1325(a)(8)]
    Debtor has failed to provide evidence of being up to date with DSO post-petition payments.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

 In San Juan, Puerto Rico this December 27, 2010.

/s/ Jose R. Carrion
_____
/s/ Mayra Arguelles -Staff Attorney
_____
JOSE R. CARRION

ma

CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550